Circuit Court, District of Columbia. April Term, 1824.

WITNESS—PRIVILEGE OF ATTORNEY.

If the plaintiff examines his attorney as a witness, he waives his privilege, and upon cross-examination the attorney is bound to answer generally.

[Action of] debt [by Robert Crittenden against Pendleton Strother] on bond. Plea: Gaming debt.

Mr. Hall, the plaintiff's attorney, offered himself as a witness, and testified in behalf of the plaintiff. Upon his cross-examination he objected to answer a question, claiming the privilege of his client.

THE COURT said, that when his client examined him as a witness in his favor, he must be considered as waiving his privilege.

Verdict for defendant.